UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARY LANDRY (#326223)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 12-311-JJB-RLB

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 17, 2013 (doc. no. 55). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and the plaintiff's claims asserted against defendant M. Piazza are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A. Further, the Motion to Dismiss of the remaining defendants (doc. no. 36) is GRANTED, dismissing the plaintiff's claims, with prejudice, for failure to state a claim upon which relief may be granted, and this action is DISMISSED.

Baton Rouge, Louisiana, this 8th day of July, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA